UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

RONY VASQUEZ,

      Plaintiff,

v.

MC MIAMI ENTERPRISE, LLC
D/B/A MR. CHOW RESTAURANT,
A Foreign Profit Corporation,
MICHAEL CHOW, individually,

      Defendants.

_____/

## MC MIAMI ENTERPRISES, LLC'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, MC Miami Enterprises, LLC d/b/a Mr Chow of Miami ("MC Miami"),[1] by

and through its undersigned counsel and in accordance with the applicable Federal Rules of Civil

Procedure and 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby files this Notice of and Petition

for Removal (the "Notice").  Defendant requests that the Court accept the removal of this action

filed by the Plaintiff, Rony Vasquez ("Plaintiff"), from the Circuit Court in and for Miami-Dade

County, Florida, to the United States District Court for the Southern District of Florida, Miami

Division.  The removal of this action is based upon the following:

      1.      On or about May 1, 2019, Plaintiff commenced the action by filing a Complaint in

the Circuit Court in and for Miami-Dade County, Florida, captioned *Rony Vasquez v. MC Miami*

---

[1]      The corporate defendant, MC Miami, is improperly named in the Complaint as "MC Miami Enterprise, LLC d/b/a Mr. Chow Restaurant."  Furthermore, as of the filing of this Notice of and Petition for Removal, the individually named defendant, Michael Chow, was never served with process and therefore, is not a party to the action.  *See Karakis v. Foreva Jens Inc.*, No. 08-61470-CIV-COHN/SELTZER, 2009 U.S. Dist. LEXIS 6356, at *9-10 (S.D. Fla. Jan. 19, 2009).

*Enterprise, LLC d/b/a Mr. Chow Restaurant and Michael Chow* (the "Circuit Court case").  The Circuit Court case was assigned case number 2019-013030-CA-01.  In his Complaint, Plaintiff alleges violations of the Fair Labor Standards Act ("FLSA") against MC Miami (Count II) as well as the individually named defendant, Michael Chow (Count III).  Additionally, Plaintiff asserts a claim for national origin discrimination in violation of the Florida Civil Rights Act ("FCRA") (Count I).  *See* Plaintiff's Complaint at Exhibit 1.

2.      Because Plaintiff alleges violations of federal law (the FLSA), this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331.  Thus, this action is removable pursuant to 28 U.S.C. § 1441(a).

3.      Plaintiff's purported state law claim under the FCRA falls within the Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367 as this claim stems from the same set of facts as, forms part of the same case or controversy as, and is clearly related to, Plaintiff's federal law claim under the FLSA, for which this Court has original jurisdiction.

4.      Specifically, all of Plaintiff's claims stem from his employment by MC Miami. Moreover, all three counts of Plaintiff's Complaint incorporate Paragraphs 1-23 of Plaintiff's "general allegations" and "factual allegations common to all counts."  *See* Exhibit 1 ¶¶ 25, 36, 43.

5.      Additionally, Plaintiff effectuated service of process on MC Miami (only) on May 14, 2019.  Therefore, this Notice has been filed within thirty days after service upon MC Miami of the pleading setting forth the claims for relief upon which this removal is based, as required by 28 U.S.C. § 1446(b).  *See* Plaintiff's Summons at Exhibit 2.

6.      As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon MC Miami are attached to this Notice at Exhibits 1 and 2.

7.      MC Miami consents to the removal of this action to federal court.

8.      Pursuant to 28 U.S.C. § 1446(d), MC Miami will promptly provide written notice of the removal to Plaintiff and will file a copy of this Notice and exhibits with the Circuit Court in and for Miami-Dade County, Florida.

9.      The United States District Court for the Southern District of Florida, Miami Division, includes the judicial county in which Plaintiff filed his Complaint.  Thus, removal is proper to this Court.

WHEREFORE, Defendant, MC Miami Enterprises, LLC d/b/a Mr Chow of Miami, respectfully requests that the United States District Court for the Southern District of Florida accepts the removal of this action from the Circuit Court in and for Miami-Dade County, Florida, and directs that the Circuit Court has no further jurisdiction of this matter unless this case is remanded.

Dated: June 13, 2019

Respectfully submitted,

 s/ Jason D. Berkowitz
Jason D. Berkowitz, Esq.
Florida Bar No. 0055414
E-mail: *jason@btattorneys.com*
Anisley Tarragona, Esq.
Florida Bar No. 51626
Email: *anisley@btattorneys.com*
BT LAW GROUP, PLLC
3050 Biscayne Boulevard, Suite 205
Miami, Florida 33137
Telephone: (305) 507-8506
Facsimile: (305) 760-4722
Attorneys for MC Miami Enterprises, LLC d/b/a
Mr Chow of Miami

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on the party identified on the below Service List in the manner specified.

s/ Jason D. Berkowitz
Jason D. Berkowitz, Esq.

## SERVICE LIST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. _____

Anthony M. Georges-Pierre, Esq.
Email: *agp@rgpattorneys.com*
Max L. Horowitz, Esq.
Email: *mhorowitz@rgpattorneys.com*
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
Attorneys for Plaintiff
Method of Service: Service via CM/ECF